ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
MICHAEL S. IOANE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-09-00142 LJO (003) |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO TRAVEL TO |
| MICHAEL S. IOANE, | ) DAUGHTER'S GRADUATION; |
| Defendant. | ) **ORDER** |

IT IS HEREBY STIPULATED between the Defendant, MICHAEL S. IOANE, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark Cullers, that the Defendant be allowed to travel to Costa Mesa on Saturday, May 9, 2009 and returning on Sunday, May 10, 2009 to attend his daughter's graduation from Vanguard University.

///

///

///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Pretrial Services does not object to this stipulation and has been provided with the necessary information, including hotel confirmation information.

Respectfully Submitted:

DATED: May 4, 2009

    /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant

DATED: May 4, 2009

    /s/ Mark Cullers
MARK E. CULLERS,
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED**: Good cause having been shown, it his hereby ordered that the Defendant, MICHAEL S. IOANE, be allowed to leave the Eastern District of California to travel to Costa Mesa, California from May 9, 2009 to May 10, 2009 to attend his daughter's graduation.

DATED: May  6 , 2009

    /s/ Sandra M. Snyder
HONORABLE SANDRA M. SNYDER
U.S. District Court Magistrate Judge

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com