HEric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant VINCENT STEVEN BOOTH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 09-cr-00142 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTION HEARING, AND |
| vs. | ) | ORDER THEREON |
| VINCENT STEVEN BOOTH et al. | ) | |
| Defendants. | ) | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the motions hearing in the above entitled matter now set for August 28, 2009, may be continued to October 2, 2009 at 8:30 a.m.

The Defendants' motions are to be filed on or before August 31, 2009.

The Government's responses are due on or before September 21, 2009.

Defendants' reply response is due on or before September 28, 2009.

1  The parties agree that time shall be excluded pursuant to 18
2  U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice
3  served by the continuance outweigh the best interest of the public
4  and the defendant in a speed trial, since the failure to grant
5  such a continuance would deny counsel for the defendant the
6  reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence.
8  Good cause exists for the continuance because of the
9  voluminous size of the evidence which is being reviewed and the
10 need to obtain consulting expert advice relevant to the
11 preparation and filing of some of the motions.

12 Dated: July 30, 2009          FLETCHER & FOGDERUDE, Inc.

14                                /s/ Eric K. Fogderude
                                  ERIC K. FOGDERUDE
                                  Attorney for Defendant,
15                                VINCENT STEVEN BOOTH

18 Dated: July 30, 2009           /s/ Katherine Hart
                                  Attorney for Defendant LOUISE BOOTH

20 Dated: July 30, 2009           /s/ Anthony Capozzi
21                                Attorney for Defendant,
                                  MICHAEL IOANE

24 Dated: July 30, 2009          LAWRENCE BROWN
                                  United States Attorney

                                  /s/ Mark Cullers

                                  Mark Cullers
                                  Assistant US Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Motion hearing be continued to October 2, 2009 at 8:30 a.m., Defendants' motions are to be filed by August 31, 2009, the Governments responses are to be filed by September 21, 2009 and any reply is to be filed by September 28, 2009.

At the time of the next hearing, however, on October 2, 2009, should be prepared to select a trial date, having met and conferred before that hearing date.

IT IS SO ORDERED.

**Dated:   July 30, 2009**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE