ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
MICHAEL S. IOANE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-09-0142 LJO |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO MODIFY |
| MICHAEL S. IOANE, | ) CONDITIONS OF RELEASE |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, MICHAEL S. IOANE, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark Cullers, that the Defendant's conditions of release be modified.

Mr. IOANE was indicted in April of 2009 for tax evasion related violations. He has been on his personal recognizance, with Pretrial Services supervision and special conditions of release since April of 2009. In August of 2009, the Defendant appeared before United States District Court Judge O'Neill for a bail review hearing and the Court modified his conditions of release, placing the Defendant on computer monitoring and ordering the Defendant not to provide legal or tax related advice.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | The Defendant is requesting that the condition of computer monitoring be removed and |
| 2 | that his travel restriction be expanded from the Eastern District of California to the State of |
| 3 | California. The Government does not object to these modifications and agrees to this |
| 4 | stipulation. Pretrial Services notes that during the ten months the defendant has been on |
| 5 | computer monitoring, there have been no apparent violations. When questions or issues have |
| 6 | arisen, Pretrial Services has asked or notified the Government and/or the Court, which has |
| 7 | resulted in no clear and convincing violation conduct. As a result, Pretrial Services does not |
| 8 | oppose the removal of the computer monitoring condition, nor the modification of the |
| 9 | Defendant's travel restriction. It is believed that such modifications could fall within the Bail |
| 10 | Reformed Act. |
| 11 | Therefore, it is agreed by all parties that the following conditions be <u>vacated</u> from the |
| 12 | Defendant's conditions of release: |
| 13 | You shall submit your computer to random searches conducted by the |
| 14 | Pretrial Services Officer at reasonable times and in a reasonable manner to |
| 15 | ensure compliance with your conditions of release; failure to submit to a search |
| 16 | may be grounds for revocation. You shall warn any other users that your |
| 17 | computer equipment may be subject to searches pursuant to this condition. You |
| 18 | shall allow the Pretrial Services Officer to install monitoring software on any |
| 19 | computers to which you have access, as approved by the Court, and you shall not |
| 20 | remove, tamper with, or in any way circumvent the software. Your access is |
| 21 | restricted to a computer on which monitoring software is installed. |
| 22 | |
| 23 | In addition, the following conditions shall be <u>modified and/or added</u>: |
| 24 | Your travel is expanded from the Eastern District of California to the |
| 25 | State of California. You may have access to the internet and any computer |
| 26 | within your home, including your wife's computer(s), in accordance with the |
| 27 | conditions/restrictions previously set forth by the Court. |
| 28 | |

PDF created with pdfFactory trial version www.pdffactory.com

All other previously ordered conditions, not in conflict with this Order, shall remain in full force and effect.

Respectfully Submitted:

DATED: June 29, 2010

    /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant

DATED: June 29, 2010

    /s/ Mark Cullers
MARK E. CULLERS,
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED**: Good cause having been shown, it his hereby ordered that the Defendant, MICHAEL S. IOANE's Conditions of Release be modified accordingly.

DATED: July 12, 2010

/s/ GARY S. AUSTIN
HONORABLE GARY S. AUSTIN
U.S. District Court Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com