ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
MICHAEL S. IOANE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-09-0142 LJO |
| Plaintiff, | |
| vs. | STIPULATION FOR CONTINUANCE AND ORDER THEREON |
| MICHAEL S. IOANE, | |
| Defendant. | |

IT IS HEREBY STIPULATED between Defendant, MICHAEL S. IOANE, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark Cullers, that the Trial now scheduled to begin on Monday, December 13, 2010 be continued to Monday, January 31, 2011 at 9:00 a.m. In addition, the Trial Confirmation/Motions hearing will be moved from Monday, November 15, 2010 to Friday, January 7, 2011 at 8:00 a.m.

It is also stipulated that the motions will be rescheduled as follows:

  Motions in Limine    December 7, 2010

  Responses       December 21, 2010

- 1 –

Further, it is stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

(1) Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

(2) Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: November 15, 2010

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
MICHAEL S. IOANE

Dated: November 15, 2010

/s/ Mark Cullers
MARK CULLERS
Assistant United States Attorney

# **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Trial Confirmation Hearing set for Monday November 15, 2010 is vacated and rescheduled for Friday, January 7, 2011 at 8:00 a.m.

The Trial date of December 13, 2010 is also vacated and is rescheduled to begin on Monday, January 31, 2011 at 9:00 a.m.

Motions in Limine are now due on December 7, 2010 with responses due by December 21, 2010.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated: November 16, 2010

/s/ LAWRENCE J. O'NEILL\_\_\_\_
Honorable Lawrence J. O'Neill
United States District Court Judge