ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
MICHAEL S. IOANE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-09-0142 LJO |
| Plaintiff, | ) |
| | ) STIPULATION FOR CONTINUANCE |
| vs. | ) AND ORDER THEREON |
| | ) |
| MICHAEL S. IOANE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between Defendant, MICHAEL S. IOANE, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark Cullers, that the Trial now scheduled to begin on Monday, January 31, 2011 be continued to Monday, April 11, 2011 at 8:30 a.m. In addition, the Trial Confirmation/Motions hearing will be moved from Friday, January 7, 2011 to Friday, March 11, 2011 at 8:00 a.m.

It is also stipulated that the motions will be rescheduled as follows:

      Motions in Limine      February 11, 2011

      Responses      February 25, 2011

Further, it is stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

(1) Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

(2) Title 18, United States Code, Section 3161(h)(7)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: December 6, 2010

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
MICHAEL S. IOANE

Dated: December 6, 2010

/s/ Mark Cullers
MARK CULLERS
Assistant United States Attorney

# **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Trial Confirmation Hearing and Motion in Limine set for Friday, January 7, 2011 is vacated and rescheduled for Friday, March 11, 2011 at 8:00 a.m.

The Trial date of January 31, 2011 is also vacated and is rescheduled to begin on Monday, April 11, 2011 at 9:00 a.m.

Motions in Limine are now due on February 11, 2011 with responses due by February 25, 2011.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

Dated: December 7, 2010

/s/ Lawrence J. O'Neill\_\_\_
Honorable Lawrence J. O'Neill
United States District Court Judge