IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 03 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR F 09-142 LJO |
| Plaintiff, | ) | **VERDICT FORM** |
| v. | ) | |
| MICHAEL S. IOANE, | ) | |
| Defendant. | ) | |

*Please answer each of the following questions:*

We, the jury in this case, unanimously find the following verdicts:

**COUNT ONE:**   Conspiracy to Defraud the United States, 18 U.S.C. § 371

WE THE JURY, FIND as to Count ONE of the Indictment, that the defendant MICHAEL S. IOANE is

Not Guilty_____   Guilty __X__

**COUNT FIVE:**   Presenting a False or Fictitious Document Purporting to be an Actual Security or Financial Instrument of the United States and Abetting, 18 U.S.C. §§ 541 and 2 (Bill of Exchange in the amount of $910.00)

WE THE JURY, FIND as to Count FIVE of the Indictment, that the defendant MICHAEL S. IOANE is

Not Guilty_____   Guilty __X__

**Continue to the Next Page**

1

**COUNT SIX:** Presenting a False or Fictitious Document Purporting to be an Actual Security or Financial Instrument of the United States and Abetting, 18 U.S.C. §§ 541 and 2 (Bill of Exchange in the Amount of $842,896.80)

WE THE JURY, FIND as to Count SIX of the Indictment, that the defendant MICHAEL S. IOANE is

Not Guilty_____    Guilty __X__

**COUNT SEVEN:** Presenting a False or Fictitious Document Purporting to be an Actual Security or Financial Instrument of the United States and Abetting, 18 U.S.C. §§ 541 and 2 (Bill of Exchange in the Amount of $774,851.29)

WE THE JURY, FIND as to Count SEVEN of the Indictment, that the defendant MICHAEL S. IOANE is

Not Guilty_____    Guilty __X__

**COUNT EIGHT:** Presenting a False or Fictitious Document Purporting to be an Actual Security or Financial Instrument of the United States and Abetting, 18 U.S.C. §§ 541 and 2 (Bill of Exchange in the Amount of $802,694.64)

WE THE JURY, FIND as to Count EIGHT of the Indictment, that the defendant MICHAEL S. IOANE is

Not Guilty_____    (Guilty)

Please have the presiding juror sign and date this form.

SO SAY WE ALL THIS 3 DAY OF OCTOBER, 2011

_____
PRESIDING JUROR
JASON BRANNEN

*Please use a Note From the Jury to indicate that a verdict has been reached.

2