

**FILED**

OCT 03 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              CR-F-09-142-LJO

       Plaintiff,

  vs.

MICHAEL S. IOANE,

       Defendant.

_____/

## NOTE FROM THE JURY

X̲  The jury has reached a unanimous verdict.

___  The jury requests the following :

_____
_____
_____
_____
_____
_____

___  The jury has the following question(s):

_____
_____
_____
_____
_____

DATED: 10/03/2011                    /s/ JASON BRANNEN
                                     PRESIDING JUROR

Court Ex "A"