U.S. Department of Justice

*United States Attorney*
*Eastern District of California*

| | |
|---|---|
| *Federal Building Room 4401* | *559-497-4000* |
| *United States Courthouse* | *Facsimile 559-497-4099* |
| *2500 Tulare Street* | |
| *Fresno, California 93721* | |

# MEMORANDUM

**FILED**

NOV 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

TO: Irma Munoz
Courtroom Deputy to the
Honorable Lawrence J. O'Neill

FROM: Mark Cullers & Michele Thielhorn
Assistant United States Attorneys

RE: US v. Michael Ioane
Case No.: 1:09CR-00142-LJO

DATE: November 10, 2011

✓ I have reviewed the documents offered in support of the property bond. They appear to comply with the court's requirement and to provide adequate security in the amount set by the court.

___ I have reviewed the documents offered in support of the property bond. The government objects to the release of the defendant based upon these documents for the following reasons and requests a hearing on this issue.

Signed: _____
Assistant United States Attorney

Date: November 10, 2011