ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
Michael S. Ioane

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>Michael S. Ioane,<br>　　　　Defendant. | Case No.: 1:09-CR-00142-LJO<br><br>**SEALING ORDER** |

　　Good cause having been shown it is **HEREBY ORDERED** that the Objections to the Presentence Report and Exhibits be Sealed.

　　**IT IS FURTHER ORDERED** that the Objections to the Presentence Report and Exhibits be served upon the Probation Department and the United States Attorney's Office.

IT IS SO ORDERED.

　　Dated: **December 28, 2011**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE