**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 20 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 12-10068 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 1:09-cr-00142-LJO-3 Eastern District of California, Fresno |
| v. | |
| MICHAEL S. IOANE, | ORDER |
| Defendant - Appellant. | |

Before: GRABER and N.R. SMITH, Circuit Judges.

Appellant's motion for bail pending appeal is granted. Appellant has shown, by clear and convincing evidence, that appellant is not likely to flee or to pose a danger to the safety of any other person or the community if released. Appellant has also shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that "if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed." *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

The matter is remanded to the district court for the limited purpose of establishing appropriate conditions of release.

MT/MOATT

The briefing schedule established previously shall remain in effect.