# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00142 LJO |
| Plaintiff, | ORDER AND NOTICE OF HEARING ON 9TH CIRCUIT REMAND ON ISSUE OF RELEASE; ORDER OF TRANSPORTATION BY THE UNITED STATES MARSHAL |
| vs. | |
| MICHAEL IOANE | |
| Defendant. | |

The Court, having received the Order from the 9th Circuit Court of Appeals filed on March 20, 2012, wherein the Court remanded the case to the District Court for the limited purpose of establishing appropriate conditions of release, has done the following:

1. Attempted to set the matter for the first criminal calendar after receipt of the Order of Remand, i.e. Monday, March 26, 2012;

2. Provided Counsel with what the Court deemed appropriate conditions of release. They included the prior conditions to which the Defendant had agreed when out of custody pending trial, and included two additional terms:

   a. The Defendant is not to transfer any monies to or from any foreign (out of the United States) accounts of any nature or sort, without the advance knowledge and permission of either Pretrial Services or the Court; and

   b. The Defendant is not to conduct any foreign (out of the United States) business of any nature or sort, without the advance knowledge and permission of either Pretrial Services or the Court.

The two additional terms were added due to the representation by the Government, on the record on September 29, 2011, that it had found bank account activity by the Defendant in both Latvia

1

and the West Indies, and go to the issue of flight.

3. Conveyed to Counsel that if they agreed to the terms, and the Defendant signed the acceptance of those terms and conditions, that the Court would issue the Order of Release forthwith without the need for a hearing.

On the morning of March 22, 2012, the Court received word from Defense Counsel that the Defendant did not accept the terms and conditions of release, and therefore a court hearing would be required.

Due to the unavailability of Defense Counsel for the first available criminal calendar, the Court HEREBY NOTICES that the hearing will be conducted on the date requested by Defense Counsel, to wit: Monday, April 2, 2012 at 10:30 a.m.

The Defendant is HEREBY ORDERED to be transported to the Court by the United States Marshal on that date, at that time.

IT IS SO ORDERED.

**Dated:  March 22, 2012**               /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE