# FILED

<u>October 16, 2012</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

USA

vs.

MICHAEL S. IOANE,

_____/

CASE NO. 1:09-CR-00142 LJO

COURT EXHIBIT

    The attached comprises the court's record of exhibits in the hearing held on 10/16/2012 in the above-entitled case.

DATED: October 16, 2012

I. Munoz, Courtroom Deputy


BOSTON TEA PARTY BOOK    Michael S. Ioane

# A Unique Plain Language Legal Manual to Freedom



- ✓ Unique and simple explanation on the use of the Law Library.
- ✓ Perfect Procedure on "Freedom of Information Act" requests.
- ✓ Successful sample lawsuit to enforce "Freedom of Information Act" request.
- ✓ An Improper Assessment creates a failure to state a claim 12b(6) IRC 6203 and CFR 301-6203-1
- ✓ Abatement - How to abate 30 day and 90 day letter.
- ✓ Step by step procedure to challenge the Tax Liens.
- ✓ Step by step procedure to challenge Tax Levy. Includes Treasury decision ATF-301, Transfers remaining Functions of IRS to BATF
- ✓ Oppose IRS Summons, ATF-8 Took summons Authority from IRS.
- ✓ Step by step procedure on establishing your status by effectively amending your social security record and declaring your freedom
- ✓ Trust includes at no additional cost complete irrevocable trust ready to put in use
- ✓ HJR 192 Can you legally discharge your debt? Get the inside scoop
- ✓ IRC 1(f) Congress directed Treasury Secretary to prescribe all tax tables .... since 1992 none have been prescribed

ONLY



Buy Now at Same Old Price
Save $50
Third Edition Will Be $249

$199

Buy Boston Tea Party Book Now

CATEGORY ARCHIVES: THE BLOG

# WHY Michael Ioanes book, The Boston Tea Party was Written

Posted on **August 10, 2012**

By: J.B. Hunt

"I was tired of people getting screwed by the IRS." Is what Michael Scott Ioane had to say about one of the reasons he wrote the third edition of the book he calls, the Boston Tea Party. And that's evident through his publications contents. But it's not limited to that it's a great resource for anyone who is dealing with the IRS or Audits. Michael S. Ioane has really done the public a favor here by offering them a manual of this nature full of sample letters, legal responses and sample lawsuits. The manual even includes an entire trust contract that anyone can use for their family or business. The book is like none other it offers information that you just can't find any place else. It is through his firsthand experience that he draws the information for this inspiring and motivational piece. The depths of insight that he offers readers is unparalleled and is a mandatory read for any CPA or Attorney. If you walk into one of these professionals' offices and they do not have this manual on their desk, you shouldn't waste your time, find someone else.

Who Should Read This Book?

Well, the real answer to this question is everyone. However, Michael Scott Ioane wanted this book to be especially beneficial for those who are going through audits or having issues with the IRS or even helping people with those problems. But it's not limited to that it's a great resource for anyone who is dealing with the IRS. Even if you're not having problems, it's an insightful experience and is worth the read for any American citizen. Aside from its focus on dealing with issues concerning the IRS, the content in this manual goes beyond just its intentional message. It also calls for the public's interest in seeking answers.

The third edition

If you have read the second edition and wish there was another edition – well, you're lucky because Michael S. Ioane is currently publishing a third edition and it should be in the book stores in the next 90 days. Chapter 12 is new and it contains an entire trust contract that anyone can use. Chapter 13 delves deep into the subjects of HJR 192 and Bills of Exchange. Chapter 14 addresses issue of IRC 1(f) tax tables, oh yes the IRS commissioner forgot to promulgate them since 1993, this chapter contains a brief so you can notify your congressman or use it in federal tax court.

Anyone that purchases the second edition, available now, will receive a copy of the third edition at no additional charge – a $249.00 value. Finally, readers can benefit from a full year of free email consultation on anything covered in the guide.

"Court Ex 1" 

For those who purchase the Manual in the next 90 days you will receive at no additional charge Mr. Ioane's infamous "Notice of authorization to rescind alternatively abate". The one AUSA Mark Cullers and Judge Lawrence O'Neil of Fresno California attempted to have band, at no avail. Mr. Ioane has released all rights to supporting corporate services so that the production and sales of the manual cannot be stopped or sealed through him, as the government has tried on several occasions.

Follow Michael Scott Ioane on tweeter:
http://twitter.com/mikeioane

info@bostonteapartybook.com
www.bostonteapartybook.com

Posted in **The Blog** | Tagged **IRS Help, IRS Summons, IRS Tax Problem, Michael S. Ioane and Michael Scott Ioane, Mike Ioane, Mike S. Ioane, Mike Scott Ioiane**-->

## Michael Ioane On US Citizen's Violation

Posted on **August 10, 2012**

Michael Scott Ioane is clear in his belief that the Citizens of the US have been violated. Not just, privacy or taxation – to which many would concur. He believes that administrative bodies that hold the basic amenities of being a US citizen in very low esteem have debased these citizens who said bodies claim to be operating in the interests of. The naïve umbrella of governmental protection, that most American's blissfully sit under is what Michael S Ioane is working to expose, and allow the real truth of this rain to pour out on to American faces.

According to, Michael Scott Ioane, the real problem with these agencies is their sheer negligence and lack of respect for the people. A complete loss for the basic values that this country was founded upon; he clearly has no contempt for the intent of the government, but holds a full disgust for the way in which they have chosen to carry out policies and whom they have chosen to fulfill their positions. He sees these agencies, as bodies that work for purposes that we the public are not aware of. They are operating in this manner, toward their objective – but we have no real idea what the objective is, other than big pay checks and guaranteed pensions. And yes that, Michael Scott Ioane thinks is wrong.

### What to Expect from the Book Boston Tea Party by Michael S Ioane

In his preface, Michael Scott Ioane calls the readers to seek more than what they have been given. He says to his readers, "In today's world knowledge is power, and how to harness and give respect to the knowledge you are about ready to acquire will require a tempered attitude and dedication toward reaching the goal that may not be covered in this publication." He is stating here that true power comes from gaining more knowledge, the type of knowledge is not what's important here. is the desire for the that knowledge. And he adds that not only having knowledge is power, but being able to "harness" it is, or brings to fruition some kind of action based on what is that you discern. It does know enough to simply be given something. like information, you must have a fire inside your own self to do something with what you know.

### Purpose of Publication

In this book he reveals some powerful information that he is simply asking readers to not take so lightly. The information he makes public is not intended to be used harmful purposes. On the contrary, his aim is to ignite an inspiration into the people to look beyond what is presented and to ask for more. He calls Americans to not just be satisfied with what, but to dig deeper and ask, "How?" "Why?" and "What for?" To not make decisions based on things we don't even know. He calls us to find out and seek answers. This book's relevance goes far beyond even its content. What Michael Scott Ioane is teaching in this publication is the tenacity to expect more and to seek answers and to more importantly, develop a true hunger for asking questions.

Anyone that purchases the second edition, available now, will receive a copy of the third edition at no additional charge – a $249.00 value. Finally, readers can benefit from a full year of free email consultation on anything covered in the guide.

For those who purchase the Manual in the next 90 days you will receive at no additional charge Mr. Ioane's infamous "Notice of authorization to rescind alternatively abate", The one AUSA Mark Cullers and Judge Lawrence O'Neil of Fresno California attempted to have band, at no avail. Mr. Ioane has released all rights to supporting corporate services so that the production and sales of the manual cannot be stopped or sealed through him, as the government has tried on several occasions.

Follow Michael Scott Ioane on tweeter:
http://twitter.com/mikeioane

info@bostonteapartybook.com
www.bostonteapartybook.com

Posted in **The Blog** | Tagged **Michael S. Ioane and Michael Scott Ioane, Mike Ioane, Mike S. Ioane, Mike Scott Ioiane, US Citizen's Violation**-->

## His Book and His Ideas, A Brief Intro to Michael S Ioane



Posted on **August 10, 2012**

When friends would tell him, "Mike, you should write this stuff down!" He never really thought twice about it. However, the more Michael Scott Ioane thought about it, the more he really begun to realize that it was true – people needed to know the information that he had gathered. His experience dealing with the legal system has made him more than familiar, more appropriately, enthralled with the lack of knowledge that even officials had of the system. He didn't want to just write a book so that he could become popular, he wrote because he, Michael Scott Ioane wanted people to really look deeper into the issues surrounding governmental procedures and even more important he wanted the government to know that they could not threaten or intimate him into stopping the release of information he had gathered of their corruption and fraud upon the American people.

#### America: Humble Beginnings & the Right Foundations:

Michael S Ioane wants his readers to know that he believes in this country's humble beginnings of self-reliance, self-determination and its foundations in the right to life, liberty, and the pursuit of happiness. At this notion, he is admittedly convinced that it is up to the public themselves to be diligent in seeking the information that is available. That is essentially why he wanted to write this book, he opens in more details in his preface. His purpose in writing is to allow you, the public even more opportunity to find out more. Michael Scott Ioane also talks about how it even took him some time to decide to publish or not, and once he decided "yes," if you read the book, you'll know that it was the right thing.

#### A Real Person Just Like You

Michael S Ioane is not just a guy who is on some tyrant rant about government here, like a lot of people you'll find online, in coffee shops, or on the street. No, he's a real guy who went through real experiences who wants to share those experiences with YOU. Michael Scott Ioane is writing the information in this publication based off of his own personal knowledge and research. He himself had to deal with federal trials, ended up in jail and then was released by the appellate court. Through these traumatic events, Michael Scott Ioane is able to offer readers insight into the true, flawed workings of the legal system. He felt it was important to get the firsthand information he had out there for the public, so that they can too no longer keep getting taken advantage of by the agencies like the IRS. There are so many individuals out there who don't realize that they can take real control of their situation, and come up with a much more beneficial solution to their problems.

This book was written to real people who want to find out more about what is happening with their money. Michael S Ioane is a self-taught and very openly shares his story in this publication.

Reading through the book, it will be clear to you that he wants to give you the information so you can evaluate for yourself. He is not trying to persuade you to be IRS haters, or antigovernment pro activists here; he just ask that you take some time to learn a little more about your government and fight back, don't just roll over. Remember they are your employees and that includes the Judges, congress and President and don't forget that for a minute.

Anyone that purchases the second edition, available now, will receive a copy of the third edition at no additional charge – a $249.00 value. Finally, readers can benefit from a full year of free email consultation on anything covered in the guide.

For those who purchase the Manual in the next 90 days you will receive at no additional charge Mr. Ioane's infamous "Notice of authorization to rescind alternatively abate", The one AUSA Mark Cullers and Judge Lawrence O'Neil of Fresno California attempted to have band, at no avail. Mr. Ioane has released all rights to supporting corporate services so that the production and sales of the manual cannot be stopped or sealed through him, as the government has tried on several occasions.

Follow Michael Scott Ioane on tweeter:
http://twitter.com/mikeioane

info@bostonteapartybook.com
www.bostonteapartybook.com

Posted in **The Blog** | Tagged **F.O.I.A**, **Michael S. Ioane and Michael Scott Ioane, Mike Ioane, Mike S. Ioane, Mike Scott Ioiane, Tax Abatement** -->

## First Look at Bonus Chapters in Michael Ioanes All-New Boston Tea Party

#### Posted on **August 10, 2012**

If there is one thing Michael S. Ioane knows, it is tax law. After all, he has had more than his share of firsthand experience with an up-close and personal look at the inner workings of the United States Internal Revenue Service (IRS). Michael S Ioane has devoted his career to easing the tax burden of hardworking Americans. In the Third Edition of his book Boston Tea Party, he shares even more tips, techniques, and tactics with readers.

#### New Information on Trusts

Most taxpayers have heard of trusts, but they assume preparing one is too expensive and time-consuming for the average person. Micheal S Ioane considers trusts the cornerstone of asset protection, and he has developed complete trust documents that readers in any situation can use. This means that average people can look forward to setting up their own trusts with minimal out-of-pocket costs, thanks to newly updated bonus chapters in the Third Edition of Boston Tea Party.

Michael S Ioane has done extensive research into current IRS regulations, and he has compiled his findings into a single volume to make it easier for taxpayers to understand. These days, the best CPA firms are spending much of their time on this part of the business, as trusts are in the industry's top three fastest growing areas. Consider this – 3.03 million tax returns were filed for trusts in 2009. That's the third largest group after individuals and corporations. Do all of these people know a secret? Michael S Ioane thinks so, and he is sharing these secrets with all of his loyal readers, so everyone can protect their assets and benefit from a trust situation.

The IRS and Trusts

The fact is, the IRS is not very happy about trusts, because many people can protect them-selves with trusts when they are used properly. A quick look at the agency's website shows they are truly frightened that more people might find out how easy and effective trusts are. Michael S. Ioane helps readers separate the facts from the fear tactics used by the government to keep taxpayers out of trusts. His goal is to outsmart the IRS by partnering with Americans in any income tax bracket, and using the very laws written to give the agency its power.

Visitors to the IRS site will notice long lists of warnings about illegitimate trust preparers. The government wants to scare taxpayers away from trust laws already in place, because once people realize they have these options, IRS loses control, dramatically. This would be disastrous for a government that relies on cheating people out of their hard-earned money in order to pay big state and federal salaries.

The Second Edition of Boston Tea Party is available right now at www.bostonteapartybook.com Those who choose to order the current edition will automatically get the updated Third Edition as soon as it comes off the press. Most important, Boston Tea Party is offering a special opportunity along with every book purchased: readers get twelve months of free email access to discuss any of the topics in the manual.

For those who purchase the Manual in the next 90 days you will receive at no additional charge Mr. Ioane's infamous "Notice of authorization to rescind alternatively abate", The one AUSA Mark Cullers and Judge Lawrence O'Neil of Fresno California attempted to have band, at no avail. Mr. Ioane has released all rights to supporting corporate services so that the production and sales of the manual cannot be stopped or sealed through him, as the government has tried on several occasions.

Follow Michael Scott Ioane on tweeter:
http://twitter.com/mikeioane

info@bostonteapartybook.com
www.bostonteapartybook.com

Posted in **The Blog** | Tagged **Michael S. Ioane and Michael Scott Ioane, Mike Ioane, Mike S. Ioane, Mike Scott Ioiane-->**

## Learn New Methods for Handling IRS Issues with Expert Michael Ioane

Posted on **August 10, 2012**

By: Michael Scott Ioane

Michael Scott Ioane knows first-hand knows how difficult it can be to deal with the United States Internal Revenue Service (IRS). After many years of paying huge amounts to the government, he became frustrated with a process that permitted citizens to be treated so unfairly. He watched countless colleagues and clients lose their battles against this powerful agency, dealing with unreasonable taxes, excessive interest and penalties on late payments, liens, and garnishments. When associate Greg Galaski approached him about writing a guide to maneuvering IRS regulation, Michael Scott Ioane jumped at the chance.

Michael Scott Ioane and Galaski developed the manual in 1998 as a sort of self-help book for average taxpayers. It is based on his extensive personal experience in protecting himself and others from financial ruin at the hands of the IRS. At the time, no other publication dealt with these issues, and even now, with a third edition just completed and at the printers, there is no book quite so comprehensive and thorough. Michael S. Ioanes' strategies for financial security are original and reliable, sure to help US citizens in any tax bracket and especially those classified as non- filers or non-compliers, whom he considers the real Heroes of the nation and its republic, or what is left of it.

Many users consider this volume a sort of handbook that they consult in a variety of situations. It's written in clear language meant for any audience. Admirers of the work regard it as mandatory reading for every accountant, CPA, and tax attorney. In fact, they go so far as to say if it isn't on their financial advisor's desk, they take their business elsewhere. The Boson Tea party Book by Michael Scott Ioane is particularly popular with individuals in the following situations:

- Taxpayers who are the subject of an audit
- Taxpayers whose assets have been seized by the IRS
- Taxpayers whose wages have been garnished by the IRS
- Anyone who is concerned about current US tax law
- Individuals who want to know more about how the IRS operates
- Professionals in the financial services industry
- Up-to-Date and Accurate Information

Perhaps the most important thing about Michael S. Ioane's work is his attention to detail. He consistently revises this book to be sure it contains only the most updated and accurate information. The third edition is now completed and at press, scheduled to be on Book store shelves in the next 90 days, featuring an entire section on trusts and includes a complete ready to go trust contract. There will be revised and reorganized facts on the IRS regulations that apply to trusts, to make it easier to create one of asset-protecting shields.

Readers can look forward to details in chapter 13 on the controversial topic of HJR 192 and Bills of Exchange and chapter 14 of the third edition is devoted to the IRS's failure to promulgate the tax tables with sample briefs on how to raise this issue in tax court or in the districts you reside.

Michael Scott Ioane has a goal to ensure that no one has to go through the nightmare of dealing with unjust IRS actions, without the tools to fight back. When Mr. Ioane was growing up his Dad told him to pick the biggest bully in the ground and punch him right in the noise, hard enough to make him bleed, The third edition of Boston Tea Party gives you the tools to do



just that and within the law. They will think twice before coming at you again. Anyone that purchases the second edition, available now, will receive a copy of the third edition at no additional charge – a $249.00 value. Finally, readers can benefit from a full year of free email consultation on anything covered in the guide.

For those who purchase the Manual in the next 90 days you will receive at no additional charge Mr. Ioane's infamous "Notice of authorization to rescind alternatively abate", The one AUSA Mark Cullers and Judge Lawrence O'Neil of Fresno California attempted to have band, at no avail. Mr. Ioane has released all rights to supporting corporate services so that the production and sales of the manual cannot be stopped or sealed through him, as the government has tried on several occasions.

Michael Scott Ioane

Info@bostonteapartybook.com

www.bostonteapartybook.com

Follow Mike on tweeter:

http://twitter.com/mikeioane

Posted in **The Blog** | Tagged **IRS Help, IRS Tax Problem, Michael S. Ioane and Michael Scott Ioane, Mike Ioane, Mike S. Ioane, Mike Scott Ioiane**-->

## Beat the IRS at Their Own Game: An Insider's Game Plan

Posted on **August 10, 2012**

Michael Scott Ioane knows everything there is to know about the United States Internal Revenue Service (IRS). He learned the hard way, going through Federal trials, being incarcerated and threatened and then being released. Michael S Ioane believes his success is because of his faith and refusal to submit to thugs and criminals. Beating the IRS at their own game is like catching a thief in the night. After seeing first-hand many colleagues and friends putting their lives on hold while they fought unreasonable IRS fees, garnishments, and liens, he decided to put his extensive knowledge into a manual so everyone can benefit.

Michael Scott Ioane's Book Boston Tea Party, released in an all-new, fully updated Third Edition, and describes the methods available to average taxpayers who have become the focus of an IRS action. Common problems that honest, hardworking individuals face include receiving bills with exorbitant charges and fees added in, unfair amounts of interest on late payments, incorrect notifications of additional taxes due, and allegations that income was underreported.

Once the IRS has determined that a full audit is necessary, people can find themselves missing receipts needed to prove their deductions, the IRS can claim their business is not truly a business, they can coerce taxpayers into signing off on an error-filled audit, and they can make it very difficult and expensive to go through the appeals process. Perhaps they are threatening to garnish wages or put a lien on assets. They may want to put a monthly payment plan in place that is simply unreasonable. Mike Scott Ioane knows just how stressful these situations can be, and he doesn't want anyone to go through them alone. System is stacked against you and without help you a goner.

Michael Scott Ioane wrote his guide in hopes that ordinary citizens will start to take back their rights when it comes to the IRS. In his book, he reviews the ins and outs of legal research, so anyone can gather the details of relevant laws and cases that can assist in their defense. He goes through the Freedom of Information Act in detail, which is an extremely valuable but little known tool to better understand government actions. He discusses options for handling a Notice of Federal Tax Lien, a Notice of Federal Tax Levy, and other official documents that often strike fear in people's hearts.

Finally, Michael Scott Ioane offers a thorough presentation on the inner workings of the IRS, including an examination of the laws through which it gets its power. Understanding what this agency can and cannot legally do makes an enormous difference in the outcome of any investigation.

The Second Edition of Boston Tea Party is now available at www.bostonteaparty.com. Those who choose to buy now will receive an updated Third Edition once it has been printed and bound, at no additional charge. It comes in a three ring binder and contains over 500 pages of sample letters, legal forms and actual lawsuits you can use. The new chapters 12, contains an entire trust contract ready to put to work for you and your family. As an extra bonus, Michael S Ioane offers his clients a year of free email correspondence on any topic covered in the book. His partnership has been a valuable asset to many facing serious IRS-related issues.

For those who purchase the Manual in the next 90 days you will receive at no additional charge Mr. Ioane's infamous "Notice of authorization to rescind alternatively abate", the one AUSA Mark Cullers and Federal district Judge Lawrence O'Neil of Fresno California attempted to have band, at no avail. Mr. Ioane has released all rights to supporting corporate services so that the production and sales of the manual cannot be stopped or sealed through him, as the government has tried on several occasions.

Michael Scott Ioane

info@bostonteapartybook.com

www.bostonteapartybook.com

Follow Mike on tweeter:
http://twitter.com/mikeioane





BOSTON TEA PARTY BOOK                    **Michael S. Ioane**

# A Unique Plain Language Legal Manual to Freedom



✅ Unique and simple explanation on the use of the Law Library.
✅ Perfect Procedure on "Freedom of Information Act" requests.
✅ Successful sample lawsuit to enforce "Freedom of Information Act" request.
✅ An Improper Assessment creates a failure to state a claim 12b(6) IRC 6203 and CFR 301-6203-1
✅ Abatement - How to abate 30 day and 90 day letter.
✅ Step by step procedure to challenge the Tax Liens.
✅ Step by step procedure to challenge Tax Levy. Includes Treasury decision ATF-301, Transfers remaining Functions of IRS to BATF.
✅ Oppose IRS Summons, ATF-6 Took summons Authority from IRS.
✅ Step by step procedure on establishing your status by effectively amending your social security record and declaring your freedom
✅ Trust includes at no additional cost complete irrevocable trust ready to put in use
✅ HJR 192 Can you legally discharge your debt? Get the inside scoop
✅ IRC 1(f) Congress directed Treasury Secretary to prescribe all tax tables ..., since 1992 none have been prescribed

ONLY

**Buy Now at Same Old Price
Save $50
Third Edition Will Be $249**

$199

Buy Boston Tea Party Book Now

# Preface

In the winter of the year 1996 Michael S Ioane and Gregory Galaski decided this book should be published which hopefully would transform you the reader to research and become involved with the law, regulations, Treasury Decisions, procedure, etc.

After some hesitation and discussion we finally agreed that it ought to be published due to our experience of the lack of knowledge and understanding exhibited, not only by the so called patriot community, but by most federal agents that lack knowledge failing to read the law, regulations or their own internal operating procedures known as the Internal Revenue Manual. We realized that the IRS simply operated by rule of force and fear and that the majority of the judges and prosecutors supported this conduct. Knowing that Congress didn't have a clue what laws they were passing let alone read them. We decided the public needed to be educated and armed to defend their rights.

The second edition was offered as a result of the Author Greg Galaski's own experience prior to and after two federal trials, where he was finally acquitted in the year of 1995. A similar publication was entered into evidence but somehow he was unable to retrieve the same original copy; however, we were able to recover the computer diskettes from which part of the second edition and this third publication could be reproduced. Recently Michael Ioane experienced the same scourge of the IRS, was indicted, convicted and then released from Federal Prison after successfully petitioning the Ninth Circuit Court of Appeals. During Mr. Ioane's trial the government again introduced the Boston Tea Party Book in an attempt to stop its production and release. Mr. Ioane was released on March 20, 2012 and has diligently worked to bring you the third edition. The entire Book has been re-written, updated and now includes an entire irrevocable trust at no additional charge, brief on the issues regarding the IRC 1(f) and HJR 192 pros and Cons.

nt THOUGHTS ON "PREFACE"

 **German**
on **September 13, 2012 at 1:49 pm** said:

I like the way you see problems

*"Court Ex 2"*                    ①

**Naughty Nora**
on **September 22, 2012 at 12:54 pm** said

Really appreciate you sharing this blog post.Really thank you! Really Cool.

**Naughty Nat**
on **September 26, 2012 at 9:54 am** said

A big Hello from Melbourne, Australia. Thanks so much for the interesting post. It helped me a lot with my school internet research assignment

**Naughty Nora**
on **September 27, 2012 at 11:38 am** said

A big Hello from Townsville, Australia. Thanks for the interesting post. It helped me a lot with my school computing research

**a2953000**
on **September 27, 2012 at 9:00 pm** said:

I've said that least 2953000 times. SCK was here

Pingback: I've said that least 2953000 times

**gazduire web**
on **September 27, 2012 at 9:12 pm** said:

Hi, Neat post. There's a problem along with your website in web explorer, could test this... IE still is the market chief and a large portion of other people will omit your fantastic writing due to this problem.

**Toronto Mortgage Rates**
on **September 27, 2012 at 9:37 pm** said

What I have observed in terms of pc memory is there are specs such as SDRAM, DDR and so forth, that must match up the specifications of the motherboard. If the personal computer's motherboard is pretty current and there are no os issues, improving the memory literally takes under a couple of hours. It's among the list of easiest laptop or computer upgrade processes one can think about. Thanks for discussing your ideas.

**Mortgage Jobs**
on **September 27, 2012 at 9:44 pm** said:

Would you be thinking about exchanging hyperlinks?



**wrap machine**
on **September 27, 2012 at 9:47 pm** said:

I just like the helpful info you supply in your articles. I will bookmark your weblog and take a look at again here regularly. I'm fairly certain I'll learn a lot of new stuff right here! Good luck for the following!

**kitchen reviews Manchester**
on **September 27, 2012 at 9:49 pm** said:

You got a very great website. Sword lily I discovered it through yahoo.

**wireless burglar alarms**
on **September 27, 2012 at 9:51 pm** said:

That is the suitable weblog for anybody who needs to search out out about this topic. You understand so much its virtually laborious to argue with you (not that I truly would want...HaHa). You undoubtedly put a brand new spin on a topic thats been written about for years. Great stuff, just great!

**Reception Furniture**
on **September 27, 2012 at 9:54 pm** said:

An attention-grabbing dialogue is worth comment. I believe that you should write extra on this matter, it might not be a taboo subject however generally individuals are not enough to talk on such topics. To the next. Cheers

**lowerback pain treatment**
on **September 27, 2012 at 9:57 pm** said:

Thanks for your handy post. Through the years, I have come to understand that the symptoms of mesothelioma cancer are caused by the particular build up connected fluid relating to the lining of your lung and the breasts cavity. The condition may start inside chest region and spread to other parts of the body. Other symptoms of pleural mesothelioma cancer include weight reduction, severe breathing in trouble, throwing up, difficulty swallowing, and puffiness of the face and neck areas. It ought to be noted that some people existing with the disease do not experience virtually any serious indications at all.

**Sex Toys**
on **September 27, 2012 at 9:59 pm** said:

Yet another thing is that when evaluating a good on-line electronics retail outlet, look for web stores that are constantly updated, maintaining up-to-date with the most recent products, the best deals, and also helpful information on product or service. This will make certain you are getting through a shop that stays atop the competition and offers you things to make knowledgeable, well-informed electronics purchases. Thanks for the important tips I have learned through the blog.

**Raspberry pi computer**
on **September 27, 2012 at 10:01 pm** said:

One thing I would really like to say is before obtaining more computer memory, check out the machine in to which it could be installed. Should the machine is actually running Windows XP, for instance, the memory ceiling is 3.25GB. The installation of above this would just constitute just a waste. Be sure that one's motherboard can handle your upgrade volume, as well. Good blog post.



**Raspberry pi computer**
on **September 27, 2012 at 10:04 pm** said:

Really fantastic information can be found on web blog.

**iPhone Accessories**
on **September 27, 2012 at 10:06 pm** said:

I am very happy to read this. This is the kind of manual that needs to be given and not the accidental misinformation that is at the other blogs. Appreciate your sharing this best doc.

**Robson Acoustics**
on **September 27, 2012 at 10:08 pm** said:

I do trust all of the concepts you've offered in your post. They are really convincing and can definitely work. Nonetheless, the posts are very short for novices. Could you please extend them a little from subsequent time? Thank you for the post.

**cam rende**
on **September 27, 2012 at 10:09 pm** said:

After looking at a few of the blog articles on your web site, I really appreciate your technique of writing a blog. I book-marked it to my bookmark site list and will be checking back in the near future. Please check out my website too and let me know how you feel.

**allergy test london**
on **September 27, 2012 at 10:10 pm** said:

One more thing. In my opinion that there are numerous travel insurance web pages of reliable companies that allow you to enter your journey details and get you the rates. You can also purchase the particular international holiday insurance policy on internet by using the credit card. All that you should do would be to enter your travel specifics and you can understand the plans side-by-side. Just find the program that suits your finances and needs and use your credit card to buy the item. Travel insurance on the web is a good way to begin looking for a dependable company with regard to international holiday insurance. Thanks for sharing your ideas.

**dance workshops for schools**
on **September 27, 2012 at 10:12 pm** said:

you are actually a good webmaster. The web site loading velocity is amazing. It sort of feels that you're doing any distinctive trick. Also, The contents are masterpiece. you've performed a great job in this subject!

**Review Credit Cards**
on **September 27, 2012 at 10:14 pm** said:



In accordance with my study, after a property foreclosure home is offered at an auction, it is common for the borrower to be able to still have any remaining balance on the personal loan. There are many financial institutions who seek to have all service fees and liens paid back by the following buyer. Having said that, depending on selected programs, policies, and state regulations there may be a few loans that aren't easily handled through the exchange of lending options. Therefore, the duty still remains on the debtor that has had his or her property foreclosed on. Thanks for sharing your opinions on this weblog.

**e-commerce website design**
on **September 27, 2012 at 10:15 pm** said:

It's really a great and helpful piece of information. I am happy that you just shared this helpful info with us. Please keep us informed like this. Thank you for sharing.

**iPhone screen repair**
on **September 27, 2012 at 10:17 pm** said:

Wohh exactly what I was looking for, regards for posting.

**shamballa bracelet wholesale**
on **September 28, 2012 at 2:24 am** said:

Very interesting points you have observed , thankyou for posting . "Ignorance, the root and the stem of every evil.

**Reliance Data Card**
on **September 28, 2012 at 3:34 am** said:

Reliance Data Card Chennai Offers, Download speeds up to 3.1 Mbps and upload speeds up to 1.8 Mbps. Price: 1199.00. Reliance 3g Data Card Coming Soon.

**pioneer car head units**
on **September 28, 2012 at 6:43 am** said:

Top rated lad speeches and toasts, as nicely toasts. may possibly extremely nicely be supplied taken into consideration creating at the party consequently required to be a hit far more cheeky, humorous with instructive on top of this. greatest man speeches funny

**survival weapons**
on **September 28, 2012 at 10:07 am** said:

Best wishes for expressing this to all of us. Of course, what a great info you've shared here, such as how do i get rich that also has a gOod info. Let me take a note of this site. keep doing your great career and you'll always gain my service. Thanks for your time!

Pingback: Car-race

Pingback: Fire

Pingback: Take



Pingback: Star

**Ving**
on **September 28, 2012 at 7:46 pm** said:

business call. On the other hand, you might need audiovisual tools that provides

**Jamaal Stefanelli**
on **September 29, 2012 at 3:12 am** said.

But you have to walk into the store. The store does not come to you. The shop keep does not come to your home and pass a plate of steaming,? delicious desert under your nose, offering it to you. Wearing seductive clothing that basically says "fcuk me" is about the same. And actually walking into a facility and directly offering yourself like in this video is exactly the same.

**fashion jewelry supplier**
on **September 29, 2012 at 8:34 am** said·

My husband and i have been really happy that Jordan managed to carry out his reports with the ideas he grabbed while using the blogl love your writing style really loving this website.

**demi hewitt**
on **September 29, 2012 at 9:14 am** said:

Can anyone tell me I'd like some info on the top chiro because I need great one I wanted reviews or feedback on Advanced Chiropractic Life Center 801 West Granada Boulevard #101 Ormond Beach, FL 32174? (386) 673-2000

**hurtownia dzianin**
on **September 29, 2012 at 2:34 pm** said:

This is really interesting, You're a very skilled blogger. I've joined your feed and look forward to seeking more of your magnificent post. Also, I have shared your site in my social networks!

Pingback: Crime

Pingback: Dojansa

Pingback: Below

Pingback: Spiral



**grin**
on **September 29, 2012 at 4:58 pm** said·

personnel, the particular gathered files helps make the work they do easier and reduce how much time





**マークバイマークジェイコブス時計**
on **September 29, 2012 at 10:59 pm** said:

鐘爐交趾口園�footwrite や提�footwrite笠倍�footwrite攝側�footwrite や倍�footwrite泫倍 瑝"鏒 Fans will follow a team based in their country, such as McLaren in Britain or BMW in Germany, or support drivers from their respective nations, the Spanish hold Fernando Alonso close to their hearts where as newcomer Lewis Hamilton has brought British audiences back to Formula 1 through his superhuman efforts. The sponsor's have seen this also as a potential money spinner with popular drivers fronting advertising campaigns and pushing more Formula 1 merchandise upon its faithful public.



**オークリーサングラス**
on **September 29, 2012 at 11:58 pm** said:

marc by marc jacobs preppy tote If planning to finance the car, calculations on affordability on a monthly basis (in the form of a monthly car payment) is to be fixed after taking into considerate all other personal expenditures like monthly rent, mortgage, utilities, etc. After having determined the monthly car payment allowance, the amount of cash for down payment has to be figured out. And this will depend on the current financial status of the individual.



**Carroll B. Merriman**
on **September 30, 2012 at 2:49 am** said:

but at the moment I am checking out the latest Apple



**Austin arsenic filters**
on **September 30, 2012 at 6:18 am** said:

Do not mistake a goats beard for a fine stallions tail.



**toy**
on **September 30, 2012 at 8:53 am** said:

Good to discover this internet site. Thanks



**Tonja Cassaday**
on **September 30, 2012 at 4:10 pm** said:

Howdy! I'm at work surfing around your blog from my new iphone 4! Just wanted to say I love reading through your blog and look forward to all your posts! Keep up the great work!



**camera hanh trinh oto**
on **September 30, 2012 at 5:25 pm** said:

Apple now has Rhapsody as an app, which is a great start, but it is currently hampered by the inability to store locally on your iPod, and has a dismal 64kbps bit rate. If this changes, then it will somewhat negate this advantage for the Zune, but the 10 songs per month will still be a big plus in Zune Pass' favor.

Pingback: avi2dvd

**Here**
on **September 30, 2012 at 7:58 pm** said:

Heya are utilizing WordPress in your weblog platform? I am new to the weblog world but I'm making an attempt to get ongoing and obstinate up my identifiable. Do you want some html coding information to make your own weblog? Any assist can be real greatly appreciated!

**zlew jednokomorowy**
on **October 1, 2012 at 3:47 am** said.

Hello, you used to write excellent, but the last several posts have been kinda boring... I miss your tremendous writings. Past few posts are just a bit out of track! come on!

**Christa Veld**
on **October 1, 2012 at 5:39 am** said:

Would you be interested by exchanging hyperlinks?

Pingback: video 2 mp3

**Brandon Jackson Jersey**
on **October 1, 2012 at 7:04 am** said·

We skepticism you can find ten men and women with this land who'd possess voted to get Romney aside from the point that they hasn't published his taxation assessments. I'm together with Romney for this one.

**Carroll B. Merriman**
on **October 1, 2012 at 9:08 am** said:

Hi, this is a cool site, must come back to it later, but at the moment I am checking out the latest Apple iphone, Tablets and other cool Apple releases! Check out this great video! – http://bit.ly/LatestCoolAppleProductsVideo

**tu**
on **October 1, 2012 at 10:20 am** said.

Hey proper now there! Superb article! I am simply a repeated website visitor (whole lot in the vein of abuser) intended by your website straight I had a difficulty. I am merely not in fact representing dependable whether it is the acceptably net summon to question. excluding you can get back rejection unsolicited packages notes. I get notes quite repeatedly. Could an distinctive evade myself? I are grateful!

Pingback: First

**Annamarie Capella**
on **October 1, 2012 at 2:29 pm** said.



Aw, this was a really nice post. In concept I want to put in writing like this moreover – taking time and precise effort to make an excellent article... however what can I say... I procrastinate alot and certainly not appear to get something done.

Pingback: Thessebags

Pingback: Even

Pingback: If

**tanie ziarna**
on **October 1, 2012 at 5:33 pm** said:

Really Appreciate this post, how can I compose is accordingly that I hear an alert email when you engrave a new article?

**Jacinto Kalman**
on **October 1, 2012 at 7:05 pm** said:

I've been surfing online more than 3 hours today, yet I never found any interesting article like yours. It is pretty worth enough for me. Personally, if all website owners and bloggers made good content as you did, the web will be a lot more useful than ever before.

**hip**
on **October 1, 2012 at 9:51 pm** said:

may be utilized or perhaps down loaded with regard to no price in any way, however it's also important to notice

**Napoleon Faiella**
on **October 1, 2012 at 11:16 pm** said:

Nice post. I study something more challenging on totally different blogs everyday. It is going to all the time be stimulating to learn content material from different writers and observe a bit one thing from their store. I'd desire to use some with the content on my blog whether or not you don't mind. Natually I'll give you a hyperlink on your internet blog. Thanks for sharing.

**Formitiationchaphillever**
on **October 2, 2012 at 2:27 am** said:

data due to the distinction in gravitational forces dwell and atmospheric stress. In truth, it is actually an

**Jane Rain**
on **October 2, 2012 at 4:20 am** said:

Hello, I am commenting from Sydney, Australia. Thanks so much for the interesting content. It helped me a lot with my school internet research research ☺

**wybielanie zębów warszawa**
on October 2, 2012 at 7:31 am said:

I was reading some of your blog posts on this site and I think this internet site is real informative! Retain putting up.

**Shea Dannecker**
on October 2, 2012 at 7:43 am said:

I consider that is one of the most hefty communication for me. Plus i am happy studying your article. Nevertheless should observation on little rudimentary effects. The website style is fantastic, the articles is actually polite : D. Sunny action, cheers

**cash for clothes**
on October 2, 2012 at 8:11 am said:

Absolutely indited content, regards for entropy. "No human thing is of serious importance." by Plato.

**ortodoncja warszawa**
on October 2, 2012 at 9:08 am said:

How did you make your blog site look this sick!? Email me if you want and share your wisdom. !

**Dina Binette**
on October 2, 2012 at 9:23 am said:

its my dream to become a cavalry scout some day, and i have flat feet and Posterior Tibial Teodonitis in my left foot, i wear custom orthotics that are fitted by my doctor. can i still run with this condition? i know there will be pain, but how bad could it get after running alot?.

**Damien Palubiak**
on October 2, 2012 at 9:50 am said:

Certainly with every little thing precisely what is claimed as well as joins for this with both palms. If only you may publish the very next time just a little lengthier posts, you recognize, as well as your views, that you will find fantastic! Bye Congrats on! Is it possible you tell me how to become a member of your web blog? Simply because I can't discover a button anywhere for that! Thanks a lot before hand!

**Hiszapański film**
on October 2, 2012 at 11:16 am said:

Wow! Thank you! I constantly wanted to write on my website something like that. Can I implement a part of your post to my website?

**網路門市**
on October 2, 2012 at 12:27 pm said:



 BOSTON TEA PARTY BOOK          **Michael S. Ioane**

# A Unique Plain Language Legal Manual to Freedom



- ✅ Unique and simple explanation on the use of the Law Library.
- ✅ Perfect Procedure on "Freedom of Information Act" requests.
- ✅ Successful sample lawsuit to enforce "Freedom of Information Act" request.
- ✅ An improper Assessment creates a failure to state a claim 12b(6) IRC 6203 and CFR 301-6203-1
- ✅ Abatement - How to abate 30 day and 90 day letter.
- ✅ Step by step procedure to challenge the Tax Liens.
- ✅ Step by step procedure to challenge Tax Levy. Includes Treasury decision ATF-301. Transfers remaining Functions of IRS to BATF.
- ✅ Oppose IRS Summons, ATF-8 Took summons Authority from IRS.
- ✅ Step by step procedure on establishing your status by effectively amending your social security record and declaring your freedom.
- ✅ Trust includes at no additional cost complete irrevocable trust ready to put in use
- ✅ HJR 192 Can you legally discharge your debt? Get the inside scoop
- ✅ IRC 1(f) Congress directed Treasury Secretary to prescribe all tax tables ...., since 1992 none have been prescribed

ONLY

Buy Now at Same Old Price
Save $50
Third Edition Will Be $249

$199



Buy Boston Tea Party Book Now

## Michael Ioane On US Citizen's Violation

Posted on **August 10, 2012**

Michael Scott Ioane is clear in his belief that the Citizens of the US have been violated. Not just, privacy or taxation – to which many would concur. He believes that administrative bodies that hold the basic amenities of being a US citizen in very low esteem have debased these citizens who said bodies claim to be operating in the interests of. The naive umbrella of governmental protection, that most American's blissfully sit under is what Michael S Ioane is working to expose, and allow the real truth of this rain to pour out on to American faces.

According to, Michael Scott Ioane, the real problem with these agencies is their sheer negligence and lack of respect for the people. A complete loss for the basic values that this country was founded upon; he clearly has no contempt for the intent of the government, but holds a full disgust for the way in which they have chosen to carry out policies and whom they have chosen to fulfill their positions. He sees these agencies, as bodies that work for purposes that we the public are not aware of. They are operating in this manner, toward their objective – but we have no real idea what the objective is, other than big pay checks and guaranteed pensions. And yes that, Michael Scott Ioane thinks is wrong.

**What to Expect from the Book Boston Tea Party by Michael S Ioane**

In his preface, Michael Scott Ioane calls the readers to seek more than what they have been given. He says to his readers, "In today's world knowledge is power, and how to harness and give respect to the knowledge you are about ready to acquire will require a tempered attitude and dedication toward reaching the goal that may not be covered in this publication." He is stating here that true power comes from gaining more knowledge, the type of knowledge is not what's important here, is the desire for the that knowledge. And he adds that not only having knowledge is power, but being able to "harness" it is, or brings to fruition some kind of action based on what is that you discern. It does know enough to simply be given something, like information, you must have a fire inside your own self to do something with what you know.

**Purpose of Publication**

In this book he reveals some powerful information that he is simply asking readers to not take so lightly. The information he makes public is not intended to be used harmful purposes. On the contrary, his aim is to ignite an inspiration into the people to look beyond what is presented and to ask for more. He calls Americans to not just be satisfied with what, but to dig deeper and ask, "How?" "Why?" and "What for?" To not make decisions based on things we don't even know. He calls us to find out and seek answers. This book's relevance goes far beyond even its content. What Michael Scott Ioane is teaching in this publication is the tenacity to expect more and to seek answers and to more importantly, develop a true hunger for asking questions.

Anyone that purchases the second edition, available now, will receive a copy of the third edition at no additional charge – a $249.00 value. Finally, readers can benefit from a full year of free email consultation on anything covered in the guide.



BOSTON TEA PARTY BOOK                    Michael S. Ioane

# A Unique Plain Language Legal Manual to Freedom



⊘ Unique and simple explanation on the use of the Law Library.
⊘ Perfect Procedure on "Freedom of Information Act" requests.
⊘ Successful sample lawsuit to enforce "Freedom of Information Act" request.
⊘ An Improper Assessment creates a failure to state a claim 12b(6) IRC 6203 and CFR 301-6203-1
⊘ Abatement - How to abate 30 day and 90 day letter.
⊘ Step by step procedure to challenge the Tax Liens
⊘ Step by step procedure to challenge Tax Levy. Includes Treasury decision ATF-301, Transfers remaining Functions of IRS to BATF.
⊘ Oppose IRS Summons. ATF-6 Took summons Authority from IRS.
⊘ Step by step procedure on establishing your status by effectively amending your social security record and declaring your freedom
⊘ Trust includes at no additional cost complete irrevocable trust ready to put in use
⊘ HJR 192 Can you legally discharge your debt? Get the inside scoop
⊘ IRC 1(f) Congress directed Treasury Secretary to prescribe all tax tables .... since 1992 none have been prescribed

ONLY



Buy Now at Same Old Price
Save $50
Third Edition Will Be $249

$199

Buy Boston Tea Party Book Now

# His Book and His Ideas, A Brief Intro to Michael S Ioane

Posted on **August 10, 2012**

When friends would tell him, "Mike, you should write this stuff down!" He never really thought twice about it. However, the more Michael Scott Ioane thought about it, the more he really begun to realize that it was true – people needed to know the information that he had gathered. His experience dealing with the legal system has made him more than familiar, more appropriately, enthralled with the lack of knowledge that even officials had of the system. He didn't want to just write a book so that he could become popular, he wrote because he, Michael Scott Ioane wanted people to really look deeper into the issues surrounding governmental procedures and even more important he wanted the government to know that they could not threaten or intimate him into stopping the release of information he had gathered of their corruption and fraud upon the American people.

**America: Humble Beginnings & the Right Foundations:**

Michael S Ioane wants his readers to know that he believes in this country's humble beginnings of self-reliance, self-determination and its foundations in the right to life, liberty, and the pursuit of happiness. At this notion, he is admittedly convinced that it is up to the public themselves to be diligent in seeking the information that is available. That is essentially why he wanted to write this book, he opens in more details in his preface. His purpose in writing is to allow you, the public even more opportunity to find out more. Michael Scott Ioane also talks about how it even took him some time to decide to publish or not, and once he decided "yes," if you read the book, you'll know that it was the right thing.

**A Real Person Just Like You**

Michael S Ioane is not just a guy who is on some tyrant rant about government here, like a lot of people you'll find online, in coffee shops, or on the street. No, he's a real guy who went through real experiences who wants to share those experiences with YOU. Michael Scott Ioane is writing the information in this publication based off of his own personal knowledge and research. He himself had to deal with federal trials, ended up in jail and then was released by the appellate court. Through these traumatic events, Michael Scott Ioane is able to offer readers insight into the true, flawed workings of the legal system. He felt it was important to get the firsthand information he had out there for the public, so that they can too no longer keep getting taken advantage of by the agencies like the IRS. There are so many individuals out there who don't realize that they can take real control of their situation, and come up with a much more beneficial solution to their problems.

This book was written to real people who want to find out more about what is happening with their money. Michael S Ioane is a self-taught and very openly shares his story in this publication.



 BOSTON TEA PARTY BOOK          **Michael S. Ioane**

# A Unique Plain Language Legal Manual to Freedom



- ✍ Unique and simple explanation on the use of the Law Library.
- ✍ Perfect Procedure on "Freedom of Information Act" requests.
- ✍ Successful sample lawsuit to enforce "Freedom of Information Act" request.
- ✍ An Improper Assessment creates a failure to state a claim 12b(6) IRC 6203 and CFR 301-6203-1
- ✍ Abatement - How to abate 30 day and 90 day letter.
- ✍ Step by step procedure to challenge the Tax Liens.
- ✍ Step by step procedure to challenge Tax Levy. Includes Treasury decision ATF-301, Transfers remaining Functions of IRS to BATF.
- ✍ Oppose IRS Summons, ATF-6 Took summons Authority from IRS.
- ✍ Step by step procedure on establishing your status by effectively amending your social security record and declaring your freedom
- ✍ Trust includes at no additional cost complete irrevocable trust ready to put in use
- ✍ HJR 192 Can you legally discharge your debt? Get the inside scoop
- ✍ IRC 1(f) Congress directed Treasury Secretary to prescribe all tax tables .... since 1992 none have been prescribed

ONLY



**Buy Now at Same Old Price
Save $50
Third Edition Will Be $249**

$199

Buy Boston Tea Party Book Now

# First Look at Bonus Chapters in Michael Ioanes All-New Boston Tea Party

Posted on **August 10, 2012**

If there is one thing Michael S. Ioane knows, it is tax law. After all, he has had more than his share of firsthand experience with an up-close and personal look at the inner workings of the United States Internal Revenue Service (IRS). Michael S Ioane has devoted his career to easing the tax burden of hardworking Americans. In the Third Edition of his book Boston Tea Party, he shares even more tips, techniques, and tactics with readers.

New Information on Trusts

Most taxpayers have heard of trusts, but they assume preparing one is too expensive and time-consuming for the average person. Micheal S Ioane considers trusts the cornerstone of asset protection, and he has developed complete trust documents that readers in any situation can use. This means that average people can look forward to setting up their own trusts with minimal out-of-pocket costs, thanks to newly updated bonus chapters in the Third Edition of Boston Tea Party.

Michael S Ioane has done extensive research into current IRS regulations, and he has compiled his findings into a single volume to make it easier for taxpayers to understand. These days, the best CPA firms are spending much of their time on this part of the business, as trusts are in the industry's top three fastest growing areas. Consider this – 3.03 million tax returns were filed for trusts in 2009. That's the third largest group after individuals and corporations. Do all of these people know a secret? Michael S Ioane thinks so, and he is sharing these secrets with all of his loyal readers, so everyone can protect their assets and benefit from a trust situation.

The IRS and Trusts

The fact is, the IRS is not very happy about trusts, because many people can protect themselves with trusts when they are used properly. A quick look at the agency's website shows they are truly frightened that more people might find out how easy and effective trusts are. Michael S. Ioane helps readers separate the facts from the fear tactics used by the government to keep taxpayers out of trusts. His goal is to outsmart the IRS by partnering with Americans in any income tax bracket, and using the very laws written to give the agency its power.

Visitors to the IRS site will notice long lists of warnings about illegitimate trust preparers. The government wants to scare taxpayers away from trust laws already in place, because once people realize they have these options, IRS loses control, dramatically. This would be disastrous for a government that relies on cheating people out of their hard-earned money in order to pay big state and federal salaries.



 BOSTON TEA PARTY BOOK          **Michael S. Ioane**

# A Unique Plain Language Legal Manual to Freedom



- ⊘ Unique and simple explanation on the use of the Law Library.
- ⊘ Perfect Procedure on "Freedom of Information Act" requests.
- ⊘ Successful sample lawsuit to enforce "Freedom of Information Act" request.
- ⊘ An Improper Assessment creates a failure to state a claim 12b(6) IRC 6203 and CFR 301-6203-1
- ⊘ Abatement - How to abate 30 day and 90 day letter.
- ⊘ Step by step procedure to challenge the Tax Liens.
- ⊘ Step by step procedure to challenge Tax Levy. Includes Treasury decision ATF-301. Transfers remaining Functions of IRS to BATF.
- ⊘ Oppose IRS Summons, ATF-6 Took summons Authority from IRS.
- ⊘ Step by step procedure on establishing your status by effectively amending your social security record and declaring your freedom
- ⊘ Trust includes at no additional cost complete irrevocable trust ready to put in use
- ⊘ HJR 192 Can you legally discharge your debt? Get the inside scoop
- ⊘ IRC 1(f) Congress directed Treasury Secretary to prescribe all tax tables ..., since 1992 none have been prescribed

ONLY

**Buy Now at Same Old Price
Save $50
Third Edition Will Be $249**

$199



Buy Boston Tea Party Book Now

---

## Learn New Methods for Handling IRS Issues with Expert Michael Ioane

Posted on **August 10, 2012**

By: Michael Scott Ioane

Michael Scott Ioane knows first-hand knows how difficult it can be to deal with the United States Internal Revenue Service (IRS). After many years of paying huge amounts to the government, he became frustrated with a process that permitted citizens to be treated so unfairly. He watched countless colleagues and clients lose their battles against this powerful agency, dealing with unreasonable taxes, excessive interest and penalties on late payments, liens, and garnishments. When associate Greg Galaski approached him about writing a guide to maneuvering IRS regulation, Michael Scott Ioane jumped at the chance.

Michael Scott Ioane and Galaski developed the manual in 1998 as a sort of self-help book for average taxpayers. It is based on his extensive personal experience in protecting himself and others from financial ruin at the hands of the IRS. At the time, no other publication dealt with these issues, and even now, with a third edition just completed and at the printers, there is no book quite so comprehensive and thorough. Michael S. Ioanes' strategies for financial security are original and reliable, sure to help US citizens in any tax bracket and especially those classified as non- filers or non-compliers, whom he considers the real Heroes of the nation and its republic, or what is left of it.

Many users consider this volume a sort of handbook that they consult in a variety of situations. It's written in clear language meant for any audience. Admirers of the work regard it as mandatory reading for every accountant, CPA, and tax attorney. In fact, they go so far as to say if it isn't on their financial advisor's desk, they take their business elsewhere. The Boston Tea party Book by Michael Scott Ioane is particularly popular with individuals in the following situations:

- Taxpayers who are the subject of an audit
- Taxpayers whose assets have been seized by the IRS
- Taxpayers whose wages have been garnished by the IRS
- Anyone who is concerned about current US tax law
- Individuals who want to know more about how the IRS operates
- Professionals in the financial services industry
- Up-to-Date and Accurate Information

Perhaps the most important thing about Michael S. Ioane's work is his attention to detail. He consistently revises this book to be sure it contains only the most updated and accurate information. The third edition is now completed and at press, scheduled to be on Book store shelves in the next 90 days, featuring an entire section on trusts and includes a complete ready to go trust contract. There will be revised and reorganized facts on the IRS regulations that apply to trusts, to make it easier to create one of asset-protecting shields.



Case 1:09-cr-00142-LJO   Document 250   Filed 10/16/12   Page 21 of 23

 BOSTON TEA PARTY BOOK          **Michael S. Ioane**

## A Unique Plain Language Legal Manual to Freedom



- ⊘ Unique and simple explanation on the use of the Law Library.
- ⊘ Perfect Procedure on "Freedom of Information Act" requests.
- ⊘ Successful sample lawsuit to enforce "Freedom of Information Act" request.
- ⊘ An improper Assessment creates a failure to state a claim 12b(6) IRC 6203 and CFR 301-6203-1
- ⊘ Abatement - How to abate 30 day and 90 day letter.
- ⊘ Step by step procedure to challenge the Tax Liens.
- ⊘ Step by step procedure to challenge Tax Levy. Includes Treasury decision ATF-301, Transfers remaining Functions of IRS to BATF.
- ⊘ Oppose IRS Summons, ATF-6 Took summons Authority from IRS.
- ⊘ Step by step procedure on establishing your status by effectively amending your social security record and declaring your freedom
- ⊘ Trust includes at no additional cost complete irrevocable trust ready to put in use
- ⊘ HJR 192 Can you legally discharge your debt? Get the inside scoop
- ⊘ IRC 1(f) Congress directed Treasury Secretary to prescribe all tax tables ..., since 1992 none have been prescribed

ONLY



**Buy Now at Same Old Price
Save $50
Third Edition Will Be $249**

$199

Buy Boston Tea Party Book Now

## Beat the IRS at Their Own Game: An Insider's Game Plan

Posted on **August 10, 2012**

Michael Scott Ioane knows everything there is to know about the United States Internal Revenue Service (IRS). He learned the hard way, going through Federal trials, being incarcerated and threatened and then being released. Michael S Ioane believes his success is because of his faith and refusal to submit to thugs and criminals. Beating the IRS at their own game is like catching a thief in the night. After seeing first-hand many colleagues and friends putting their lives on hold while they fought unreasonable IRS fees, garnishments, and liens, he decided to put his extensive knowledge into a manual so everyone can benefit.

Michael S. Ioane's Book Boston Tea Party, released in an all-new, fully updated Third Edition, and describes the methods available to average taxpayers who have become the focus of an IRS action. Common problems that honest, hardworking individuals face include receiving bills with exorbitant charges and fees added in, unfair amounts of interest on late payments, incorrect notifications of additional taxes due, and allegations that income was underreported.

Once the IRS has determined that a full audit is necessary, people can find themselves missing receipts needed to prove their deductions, the IRS can claim their business is not truly a business, they can coerce taxpayers into signing off on an error-filled audit, and they can make it very difficult and expensive to go through the appeals process. Perhaps they are threatening to garnish wages or put a lien on assets. They may want to put a monthly payment plan in place that is simply unreasonable. Mike Scott Ioane knows just how stressful these situations can be, and he doesn't want anyone to go through them alone. System is stacked against you and without help you a goner.
Michael Scott Ioane wrote his guide in hopes that ordinary citizens will start to take back their rights when it comes to the IRS. In his book, he reviews the ins and outs of legal research, so anyone can gather the details of relevant laws and cases that can assist in their defense. He goes through the Freedom of Information Act in detail, which is an extremely valuable but little known tool to better understand government actions. He discusses options for handling a Notice of Federal Tax Lien, a Notice of Federal Tax Levy, and other official documents that often strike fear in people's hearts.

Finally, Michael Scott Ioane offers a thorough presentation on the inner workings of the IRS, including an examination of the laws through which it gets its power. Understanding what this agency can and cannot legally do makes an enormous difference in the outcome of any investigation.

The Second Edition of Boston Tea Party is now available at www.bostonteaparty.com. Those who choose to buy now will receive an updated Third Edition once it has been printed and bound, at no additional charge. It comes in a three ring binder and contains over 500 pages of sample letters, legal forms and actual lawsuits you can use. The new chapters 12, contains an entire trust contract ready to put to work for you and your family. As an extra bonus, Michael S Ioane offers his clients a year of free email correspondence on any topic covered in the book. His partnership has been a valuable asset to many facing serious IRS-related issues.





Call Us Now! 775-841-1876

Home     Services     Learning Center     Choosing Acacia     Blog     Contact Us



Business Start up and Protection

### Get Started Now

Phone

Email *

Name

Verification
Code:            2dDDD

Code: *

[Submit] [Reset]

---

*Mail Forwarding*

Individuals and Business Entities
located in any of the 50 states can
purchase this service for as low as $60

READ MORE

*Registered Agent*

Allow us to receive and forward
important legal state correspondence
on behalf of your business

READ MORE

*Bookkeeping*

We offer full bookkeeping services for
small to mid-sized companies to help
them along

READ MORE

## THE BASICS ABOUT ASSET PROTECTION

Acacia Business Solutions is here to provide
you with information regarding legal concepts,
asset protection strategies, and tools that is
easy to understand and follow. Our company
is proud to have helped our clients protect
millions in liquid assets, ten times that amount
in real estate, and hundreds of millions in
investments. Popular questions and topics that
are discussed related to asset protection are
address below.

### FORMS OF PROTECTION

Many believe that asset protection is limited to
trusts and legal entities. However, chances are
that you already have at least one form of coverage against small vulnerabilities in your life. Of
all the forms of asset protection, some of the more common include auto and homeowners
insurance, and there is good reason for it. Something as common as driving comes with a very

### Administrative Services



- Form a Coporation
- Form an LLC
- Virtual Office Services
- Form a Limited Partnership
- Form a Non Profit
- Registered Agent Services
- Obtain Nominee Services
- Record Keeping Services
- Mail Forwarding Services



high level of risk. The way to protect your assets at the source of vulnerability is to not only be insured but have the maximum insurance protection available.

A few helpful tips are to try getting coverage for both your home and cars from the same provider. Also, purchase a single policy that offers liability protection in an auto accident. It is best to implement a full proof plan that will impede the success of a legal predator taking hold of your assets. One step would be to purchase/lease vehicles under your name. If you are an entrepreneur, it is advised to write off the vehicle expense, but do not put the title in your business™ name. Doing so puts you at high risk of having your business revenue and assets exposed to the legal system. By having this one form of asset protection, you are able to protect yourself against liability should an accident occur.

## ADDITIONAL FORMS OF PROTECTION

- **Bankruptcy** Depending on the state you live in, bankruptcy protection will not only protect your home, it will also protect your investment accounts, IRAs, and 401Ks.
- **Corporate Veil/Corporate Shield** A form of asset protection that will protect against business liability. Please note that you should not rely on this as your only form of coverage as it is not 100% effective. However, if you operate your company properly, you will have a substantial amount of protection that is offered by legal statutes in corporate law. For example, owning property under a Limited Liability Corporation (LLC) is excellent for protecting your asset, but if this asset produces some form of risk it may threaten everything that belongs within the same legal structure.
- **Insurance** For most, this should be considered your first form of defense. Insurance will allow you to purchase protection for known areas of risk such as driving or home/business ownership. Purchase as much coverage as you can so that if/when the occasion arises, your insurance company will defend you and your wealth against your legal opponent.

More about this protection and other forms are discussed in other areas of our website. Please visit Asset Protection Strategies for more targeted information

- Bookkeeping Services
- Online Business Marketing
- Merchant Services
- Corporate Seal
- Asset Protection
- Set Up a Corporation

## Testimonials

*"Acacia made the process so quick and easy. I am very happy with the organization and clear instructions you provided as well as timely email updates on the progress of my filing and paperwork. I would definitely recommend Acacia Business solutions to anyone interested in starting their own business. Thank you for your help"*

Free Live Chat Software

## Connect with Acacia

   

## Some of Our Top Services

- Mail Forwarding Services
- Registered Agent Services
- Bookkeeping Services
- Form a Corporation
- Virtual Offices
- Limited Partnership
- Form a Nonprofit
- Form an LLC
- Nominee Services
- Record Keeping
- Online Business Marketing
- Merchant Services
- Corporate Seal and Record Book
- Set up a Corporation
- Form a Partnership
- EIN Number Application
- Business Nexus
- Notary Services
- Purchase A Trust
- Trademark or Tradename

## 100% Satisfaction Guarantee

- Our documents are trial-tested and have been accepted by courts and government agencies in all 50 states.

We've helped 1000's of customers and your satisfaction is 100% guaranteed.



Join the conversation

© Copyright 2012 Acacia Business Solutions. All Rights Reserved

Home   Privacy Policy   Terms of Use

