JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MICHAEL S. IOANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL S. IOANE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 09-CR-0142-LJO <br><br> STIPULATION AND ORDER |

Defendant Michael S. Ioane, through counsel John Balazs, and the United States, through counsel, Assistant U.S. Attorney Mark Cullers, hereby stipulate and request that the Court exonerate the bond in this case.

Mr. Ioane had been released on a property bond pending appeal. *Docket Entries 152, 153, & 154*. On October 16, 2012, the Court remanded him into custody after an initial hearing on a violation petition. After a further hearing on October 22, 2012, the Court ordered Mr. Ioane detained pending his appeal and he is in custody serving the sentence imposed in this case.

After consulting with his attorney, Mr. Ioane agrees not to appeal the detention order or otherwise move the Ninth Circuit for release until the court's decision in his

| | |
|---|---|
| 1 | appeal. As a result, he requests that the Court exonerate the bond in this matter. Assistant |
| 2 | U.S. Attorney Mark Cullers stipulates to this request. |

Dated: November 1, 2012

Respectfully submitted,

/s/ John Balazs
John Balazs

Attorney for Defendant
Michael S. Ioane


BENJAMIN B. WAGNER
U.S. Attorney

Dated: November 1, 2012

By: /s/ Mark E. Cullers
Mark E. Cullers
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the property bonds with respect to defendant Michael Ioane in Case No. CR- 09-CR-0142-LJO be exonerated and that title to the property securing the bonds be reconveyed back to the properties' owner.

IT IS SO ORDERED.

**Dated:　November 4, 2012**　　　/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE