# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:09-cr-00142-LJO |
| Plaintiff-Respondent, | **ORDER DENYING MOTION FOR A CERTIFICATE OF APPEAL** |
| v. | **(Doc. 326)** |
| **MICHAEL IOANE,** | |
| Defendant-Petitioner. | |

The Defendant-Petitioner is once again requesting a Certificate of Appeal. The instant motion (Doc. 326) contains nothing that has not been considered and ruled upon in prior attempts.

The motion is DENIED.

IT IS SO ORDERED.

Dated: __**January 30, 2018**__  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE