# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

United States of America
v().

MICHAEL S IOANE

Date of Original Judgment: 1/30/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Case No: 1:09CR00142-003 LJO

USM No: 66460-097

PRO SE
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/30/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/13/2018       /s/ Lawrence J. O'Neill
                              *Judge's signature*

Effective Date: 11/01/2015    Honorable Lawrence J. O'Neill, District Court Judge