# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:09-cr-00142-LJO-03 |
| **Plaintiff,** | **ORDER PROVIDING OPPORTUNITY TO REQUEST EXTENSION OF TIME FOR FILING NOTICE OF APPEAL** |
| v. | |
| **MICHAEL S. IOANE,** | (ECF No. 341) |
| **Defendant.** | |

On April 13, 2018, this Court denied appellant's motion for a sentence reduction. (ECF No. 336.) The district court docket reflects that on April 25, 2018, that order was returned to the district court as undeliverable. (ECF No. 337.) The district court docket further reflects that on May 21, 2018, that order was re-served on appellant by mail. On May 25, 2018, appellant filed, pursuant to Federal Rule of Appellate Procedure 4(c)(1), a notice of appeal from the district court's order entered on April 13, 2018. (ECF No. 339.) Because the notice of appeal was filed more than 14 days after entry of the order, it was not timely under Federal Rule of Appellate Procedure 4(b)(1)(A). The notice of appeal was, however, filed within 30 days after the expiration of the time to file the notice of appeal. *See* Fed. R. App. P. 4(b)(4). On June 7, 2018, the Court of Appeals for the Ninth Circuit remanded this case for the limited purpose of permitting this Court to provide Defendant notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b), upon a finding of excusable neglect or good cause. (ECF No. 341 (*citing*

Fed. R. App. P. 4(b)(4); *United States v. Ono*, 72 F.3d 101, 103 (9th Cir. 1995) (order); *United States v. Stolarz*, 547 F.2d 108 (9th Cir. 1976).)

It is notable that this Court's April 13, 2018 order was served by US Mail on Defendant at his address of record: Reg. No. 64460-097, Federal Correctional Institution, PO Box 7001, Taft, California 93268. The record also reveals that Defendant has refused service of his mail in the past. (*See* ECF No. 332.) Nonetheless, pursuant to the Remand Order, the Court offers Defendant the opportunity to show <u>good cause or excusable neglect</u> that would justify extending the time for filing the notice of appeal, for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b). It must be filed on or before June 29, 2018.

IT IS SO ORDERED.

Dated: **June 11, 2018**           /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE