IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL IOANE,<br><br>　　　　　Defendant. | CASE NO. 1:09-CR-00142 LJO<br>[1:06-SW-00147]<br><br>**ORDER ON GOVERNMENT'S UNOPPOSED REQUEST TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Hon. Lawrence J. O'Neill |

　　Having reviewed the Government's unopposed motion to extend time to respond to the Court's Order to Show Cause (ECF. No. 358) and finding good cause for the extension, the Government's motion is GRANTED. The Government's response to the Court's Order to Show C§ause shall be filed on or before November 14, 2019.

IT IS SO ORDERED.

　　Dated: __October 28, 2019__　　　　　　　__/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1