MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

MICHAEL IOANE,

               Defendant.

CASE NO. 1:09-CR-00142 LJO
[1:06-SW-00147]

**GOVERNMENT'S REQUEST TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE; ORDER**

Hon. Lawrence J. O'Neill

The government hereby requests a further 13-day extension of time to respond to the Court's September 24, 2019 order (Dkt. No. 358). The government is informed that certain search warrant materials have been already been returned by the IRS to Mr. Ioane's relative on his behalf. The parties are making progress in resolving the remaining issues underlying Mr. Ioane's motion for return of property and motion to alter and amend judgment. However, the case agent assisting the undersigned with this matter has been out of the office temporarily due to medical reasons, and will be returning next week. Additionally, communication between the government and Mr. Ioane was complicated by his recent move from prison to pre-release housing, but has resumed. The government does not anticipate requesting any further extensions of time to resolve these issues. The government notified Mr. Ioane by mail on November 12, 2019 that it would be seeking a further extension of time, but given the inherent limitations of communication by mail, has not received defendant's position on a further extension of time.

GOVT'S REQ. FOR EXTENSION OF TIME;
ORDER

Dated: November 14, 2019                    MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/Henry Z. Carbajal III
                                            HENRY Z. CARBAJAL III
                                            Assistant United States Attorney

## ORDER

The government's second motion to extend time to respond to the Court's Order to Show Cause (Dkt. No. 358) is GRANTED. The government's response to the Court's Order to Show Cause shall be filed on or before November 27, 2019.

IT IS SO ORDERED.

Dated:    **November 14, 2019**        **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE