1  MCGREGOR W. SCOTT
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00142 LJO<br>[1:06-SW-00147] |
|---|---|
| Plaintiff, | |
| v. | **GOVERNMENT'S REQUEST TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE; ORDER** |
| MICHAEL IOANE, | |
| Defendant. | Hon. Lawrence J. O'Neill |

The government hereby requests a further 30-day extension of time to respond to the Court's September 24, 2019 order (Dkt. No. 358). The government notified Mr. Ioane by mail on November 12, 2019 of a proposal for resolving remaining issues, but has not received any correspondence back from Ioane. In prior correspondence, Mr. Ioane explained he recently moved from prison to pre-release housing. It is unclear whether the housing change to transitional housing has affected Mr. Ioane's ability to correspond with the government further in this matter. The government received additional communication from a relative of Mr. Ioane prior to its November 14, 2019 request for extension, and believed that communication with Mr. Ioane had resumed, but has received no further contact from the defendant since its November 12, 2019 letter. The government did not anticipate a further gap in communication from the defendant when it previously asked for a 13-day extension of time. As the issues have been narrowed down to four remaining boxes of search warrant documents, and the

GOVT'S REQ. FOR EXTENSION OF TIME;
ORDER

1

government is reviewing each of these items for return to Mr. Ioane, redaction and return to Mr. Ioane, or verification that certain items are non-returnable contraband, the government requests a further extension of time to further narrow or eliminate any remaining disputes for disposition by the Court or Judge Ishii.  The government is requesting a 30 day extension of time to ensure adequate opportunity for Mr. Ioane to correspond with the government in this matter given the intervening holiday season.  The government will file either a response to the order to show cause, or, should the parties resolve all disputes, a stipulation regarding disposition of the defendant's motions, on or before December 27, 2019.

Dated:  November 27, 2019                                    MCGREGOR W. SCOTT
                                                             United States Attorney

                                                             /s/Henry Z. Carbajal III
                                                             HENRY Z. CARBAJAL III
                                                             Assistant United States Attorney

### [PROPOSED] ORDER

The government's third motion to extend time to respond to the Court's Order to Show Cause (Dkt. No. 358) is GRANTED.  The government's response to the Court's Order to Show Cause shall be filed on or before December 27, 2019.

IT IS SO ORDERED.

Dated:   **November 27, 2019**               **/s/ Lawrence J. O'Neill**
                                             UNITED STATES CHIEF DISTRICT JUDGE