PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL IOANE,<br><br>Defendant. | CASE NO. 1:09-CR-00142 JLT<br>[1:06-SW-00147]<br><br>STIPULATION TO DISMISS MOTION FOR RETURN OF PROPERTY AND MOTION FOR RECONSIDERATION; ORDER<br><br>Hon. Jennifer L. Thurston |

Following the government's voluntary return to defendant Michael Ioane of certain materials seized pursuant to search warrant in the above-captioned case, and the defendant's review of those returned materials, the parties now stipulate as follows:

1. Michael Ioane's motion for return of property (Dkt. No. 348), and his motion for reconsideration (Dkt. Nos. 356 & 357) may be dismissed as moot.

2. To the extent there are no further pending motions or matters in 1:09-CR-142 JLT, the matter may be closed.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

STIPULATION AND ORDER RE MOTION
FOR RETURN OF PROPERTY

1

DATED: October 24, 2022

/s/Reed Grantham
REED GRANTHAM
Counsel for Defendant
MICHAEL IOANE

DATED: October 24, 2022

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

## ORDER

In accordance with the above stipulation, the motion for return of property (Doc. 348) and related motion for reconsideration (Doc. 356) are DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **October 26, 2022**

UNITED STATES DISTRICT JUDGE